AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means     ☐ Original     ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California

In the Matter of the Search of )
*(Briefly describe the property to be searched or identify the person by name and address)* )
2323 West Lincoln Avenue, Suite 209 )
Anaheim, California, 92801 )

Case No. 8:23-MJ-00272

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A-1*

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

*See Attachment B*

Such affidavit(s) or testimony are incorporated herein by reference and attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for ____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  May 30, 2023 at 1:40 p.m.

*Judge's signature:* *Karen E. Scott*

City and state:   Santa Ana, CA       Hon. Karen E. Scott, U.S. Magistrate Judge
*Printed name and title*

AUSA: B. Lichtman (ext. 3530)

AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 8:23-MJ-00272 | 05/31/2023  9:17 AM | TLC Hospice 2323 W Lincoln Ave Suite 209 Anaheim CA 92801 |

Inventory made in the presence of:
SA Joshua Preuss

Inventory of the property taken and name of any person(s) seized:

See attached Evidence List

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 05/31/2023

_Executing officer's signature_

Special Agent Sara Oceugueda
_Printed name and title_




**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

# OFFICE OF INSPECTOR GENERAL
### OFFICE OF INVESTIGATIONS

# Evidence List
## Los Angeles Regional Office (LARO)
600 City Parkway West Suite 500
Orange, CA 92866
(714) 712-7703

**Date Printed:** 05/31/23 01:32 PM

| Case # | Item# | Description | Storage Location |
|---|---|---|---|
| L20001849 | 1 | Patient Files - File Cabinet. (Current) | Los Angeles Regional Office (LARO) |
| L20001849 | 2 | Patient Files - File Cabinet. Discharged. | Los Angeles Regional Office (LARO) |
| L20001849 | 3 | Patient Files - File Cabinet. (Discharged) | Los Angeles Regional Office (LARO) |
| L20001849 | 4 | Business Records. | Los Angeles Regional Office (LARO) |
| L20001849 | 4.1 | Bank Records. Folder inside box. | Los Angeles Regional Office (LARO) |
| L20001849 | 5 | Patient Records, Medicare, Medi-Cal. | Los Angeles Regional Office (LARO) |
| L20001849 | 6 | Mix Patient Records, Medicare, LA-Care. | Los Angeles Regional Office (LARO) |
| L20001849 | 7 | Medical Records, Room B. | Los Angeles Regional Office (LARO) |
| L20001849 | 8 | File Cabinet, Employee Files. | Los Angeles Regional Office (LARO) |
| L20001849 | 9 | File Cabinet, Employee Files. | Los Angeles Regional Office (LARO) |
| L20001849 | 10 | Employee Files, Run sheets from cabinet. | Los Angeles Regional Office (LARO) |
| L20001849 | 11 | PT Charts from green cabinet. Employee File. | Los Angeles Regional Office (LARO) |
| L20001849 | 12 | LVN Run Sheets. | Los Angeles Regional Office (LARO) |
| L20001849 | 13 | Patient Records, Supervisor Notes. | Los Angeles Regional Office (LARO) |
| L20001849 | 14 | Patient Records, Supervisor Notes. | Los Angeles Regional Office (LARO) |
| L20001849 | 13.1 | IDG Meetings, Patient Census, Patient Medical Records request, CTI Forms, Physician orders. | Los Angeles Regional Office (LARO) |
| L20001849 | 15 | File Cabinet, Patient Records. | Los Angeles Regional Office (LARO) |
| L20001849 | 15.1 | Office Desk, Patient Records. | Los Angeles Regional Office (LARO) |
| L20001849 | 16 | Training Records contracts | Los Angeles Regional Office (LARO) |
| L20001849 | 28 | Items taken from shred bin (in Lobby). | Los Angeles Regional Office (LARO) |
| L20001849 | 36 | Front Desk, Top drawers on right side of desk. | Los Angeles Regional Office (LARO) |
| L20001849 | 37 | Digital evidence. Site 1. Make: HP Pavillon Laptop - SN: 5CD1373YYV | Los Angeles Regional Office (LARO) |
| L20001849 | 38 | Make: IBuyPower - SN: C42F9D25A8FF99EF; Site 1 Room E | Los Angeles Regional Office (LARO) |
| L20001849 | 39 | Site 1 Room D; Make: Dell AIO - SN: 9X0N513 | Los Angeles Regional Office (LARO) |
| L20001849 | 40 | Site 1 Room E; Make: Dell W24C - SN: CNOM1NJVPE2009BB0143A00 | Los Angeles Regional Office (LARO) |